Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: anna.park@eeoc.gov
         connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


Nadia P. Bermudez, CA SBN 216555
KLINEDINST PC
501 W. Broadway, Suite 600
San Diego, CA 92101
Telephone: (619) 239-8131
Facsimile: (619)238-8707
E-Mail: nbermudez@klinedinstlaw.com

Attorney for Defendants
HONOLD ENTERPRISES, INC. et. al.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>HONOLD ENTERPRISES, INC., et. al.,<br><br>          Defendants. | Case No.: 3:18-cv-02014-DMS-JLB<br><br>**JOINT MOTION TO APPROVE CONSENT DECREE**<br><br>Honorable Dana M. Sabraw<br>United States District Judge |

1 | To the Honorable District Judge Dana M. Sabraw:

2 |     Plaintiff U.S. Equal Employment Opportunity Commission and Defendants Honold Enterprises, Inc. dba Burgers & Beer, Best Burgers in Town, Inc. dba Burgers & Beer, Burgers & Beer, Inc. dba Burgers & Beer, and BurBeer Inc. dba Burgers & Beer (collectively "the Parties"), through their respective counsel of record, jointly request that the Court enter and approve the proposed Consent Decree and Order. The Parties reached final settlement after participating in two Early Neutral Evaluation settlement conferences with the Court on February 26, 2019 and April 24, 2019. The proposed Consent Decree and Order is concurrently being lodged with the Court.

**Certificate of E-Signature**

    I, Connie K. Liem, certify that the content of this document is acceptable to all persons required to sign the document as I obtained authorization for the electronic signatures of all parties on the document.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: September 5, 2019    S/ Connie K. Liem
Connie K. Liem
E-Mail: connie.liem@eeoc.gov

Attorney for Plaintiff EEOC

KLINEDINST PC

Dated: September 5, 2019    S/ Nadia P. Bermudez
Nadia P. Bermudez
E-Mail: nbermudez@klinedinstlaw.com

Attorney for Defendants
HONOLD ENTERPRISES, et. al.

# CERTIFICATE OF ECF SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, 555 W. Beech St., Suite 504, San Diego, CA. 92101. On the date that this declaration was executed, as shown below, I served the foregoing **JOINT MOTION TO APPROVE CONSENT DECREE** *via* the Court's electronic filing system to the following:

> Nadia P. Bermudez
> E-Mail: nbermudez@klinedinstlaw.com
> Attorney for Defendants

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2019 at San Diego, California.

> S/ Connie K. Liem
> Connie K. Liem
> E-Mail: connie.liem@eeoc.gov