# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 3:18-cv-02014-DMS-JLB |
| Plaintiff, | **CONSENT DECREE AND ORDER** |
| vs. | Honorable Dana M. Sabraw U.S. District Judge |
| HONOLD ENTERPRISES, INC., et al, | |
| Defendants. | |

Plaintiff U.S. Equal Employment Opportunity Commission and Defendants Honold Enterprises, Inc. dba Burgers & Beer, Best Burgers in Town, Inc. dba Burgers & Beer, Burgers & Beer, Inc. dba Burgers & Beer, and BurBeer Inc. dba Burgers & Beer (hereinafter "Defendants" or "Burgers & Beer") hereby stipulate to entry of this Consent Decree to resolve the Commission's complaint filed on August 28, 2018 in the United States District Court for the Southern District of California alleging that Defendants discriminated against Charging Party Nickolas Madrid and a class of similarly situated individuals (hereinafter collectively referred to as the "Claimants") by subjecting them to discrimination based on their sex (male) by failing to hire and/or promote them to the position of server in violation of Section 703 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, as amended ("Title VII"). The complaint also alleges that

Defendants failed to make, preserve, and produce records in violation of Title VII.

## I.     PURPOSES AND SCOPE OF THE CONSENT DECREE

A.     The Parties to this Consent Decree ("Decree") are the EEOC and Burgers & Beer (collectively the "Parties"). This Decree shall be binding on and enforceable against Defendants and their officers, directors, employees, agents, successors, and assigns.  The scope of this Decree is company-wide.

B.     The parties have entered into this Decree for the following purposes:

1.     To provide appropriate monetary and injunctive relief;

2.     To ensure that Defendants' employment practices comply with federal law;

3.     To ensure that Defendants' facilities have a work environment free from discrimination, especially as it relates to sex discrimination;

4.     To provide training to Defendants' managers, supervisors, and other employees with respect to their obligations under Title VII;

5.     To review and update Defendants' policies and procedures for the hiring of new employees and internal promotion of employees;

6.     To review and update Defendants' job descriptions for all positions;

7.     To ensure that Defendants' recruitment and hiring of employees occurs regardless of sex;

9.     To ensure appropriate record-keeping and reporting; and

10.     To avoid time and eliminate the costs of further litigation.

## II.     RELEASE OF CLAIMS

A.     This Decree fully and completely resolves all claims and allegations raised by the EEOC against Defendants in the Complaint filed in this action.

B.      Nothing in this Decree shall be construed to preclude the EEOC from bringing suit to enforce this Decree.

C.      Nothing in this Decree shall be construed to limit or reduce Defendants' obligation to comply fully with Title VII or any other federal anti-discrimination law.

D.      This Decree in no way affects the EEOC's right to bring, process, investigate, or litigate other charges that may be in existence or may later arise against Defendants in accordance with standard EEOC procedures.

E.      Defendants do not admit any liability in relation to the claims that are alleged in EEOC's complaint.

### III.   JURISDICTION

A.      The Court has jurisdiction over the Parties and the subject matter of this action.  The Complaint asserts claims that, if proven, would authorize the Court to grant the relief set forth in this Decree.

B.      The terms and provisions of this Decree are fair, reasonable, and just.

C.      This Decree conforms to the Federal Rules of Civil Procedure and Title VII and does not derogate the rights or privileges of any person.

D.      Entry of this Decree will further the objectives of Title VII and will be in the best interest of the Parties.

E.      The Court shall retain jurisdiction over this action during the duration of the Decree for the purposes of entering all orders, judgments, and decrees which may be necessary to implement and/or enforce the relief provided herein.

### IV.   EFFECTIVE DATE AND DURATION OF DECREE

A.      The provisions of this Decree are effective immediately upon the date which this Decree is entered by the Court ("the Effective Date").

B.     Except as otherwise provided herein, this Decree shall remain in effect for two (2) years after the Effective Date.

## V.     COMPLIANCE AND DISPUTE RESOLUTION

A.     If the Commission has reason to believe that the Defendants have failed to comply with any provision of the Decree, the EEOC may bring an action before this Court to enforce the Decree.  Prior to initiating such action, the EEOC shall notify the Defendants in writing of the nature of the dispute. This notice shall specify the particular provision(s) that the EEOC believes has/have been breached by Defendants.  Defendants shall have thirty (30) days from receipt of the written notice to attempt to resolve or cure the breach.  The Parties may agree to extend this period upon mutual consent.

B.     The Parties agree to cooperate with each other and use their best efforts to resolve any dispute referenced in the EEOC notice of dispute.

C.     After forty five (45) days have passed, inclusive of the thirty (30) days to resolve or cure the breach, if the Parties have reached no resolution or agreement to extend time further, the EEOC may initiate an enforcement action in this Court, seeking all available relief, including an extension of the duration of the Decree or such other relief as the Court may deem appropriate.

D.     The non-payment of monies under the terms of this Decree is exempt from this Section.

## VI.     MODIFICATION AND SEVERABILITY

A.     This Decree constitutes the complete understanding of the Parties with respect to the matters contained herein.  No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties.

B.     If one or more provisions of the Decree are rendered unlawful or unenforceable, the Parties shall make good faith efforts to agree upon appropriate

amendments to this Decree in order to effectuate the purposes of the Decree.  If the parties are unable to reach an agreement, the Court shall order appropriate alternative provisions in order to effectuate the purposes of the Decree.   Should one or more provisions of this Decree be deemed unlawful, all other lawful and enforceable provisions will remain in full force and effect.

## VII.   <u>MONETARY RELIEF</u>

A.      Defendants shall pay a total of $150,000 ("Total Settlement Amount") in monetary relief.  The EEOC shall retain sole discretion to determine designation, characterization, and/or allocation of the monetary relief as well as to determine who is a Claimant.   The Total Settlement Amount shall be paid as follows: the first payment of $50,000 shall be due distributed according to the EEOC's distribution list and within 6 months after the Entry of the Consent Decree; the second payment of $50,000 shall be due distributed according to the EEOC's distribution list and within 10 months after the Entry of the Consent Decree; and the third and final payment of $50,000 shall be distributed according to EEOC's distribution list and within than 14 months after the Entry of the Consent Decree.

B.       The EEOC shall provide Defendants with a distribution list that specifies the monetary settlement amount that is to be provided to each Identified Claimant, and their respective addresses where the check should be delivered. Within ten (10) days from the date the EEOC sends the distribution list to Defendants, Defendants shall issue a check in accordance with section A above to each Identified Claimant who has submitted all settlement-related papers to Defendants.

C.      Defendants shall prepare and distribute Form 1099 or equivalent tax reporting forms to Identified Claimants identified by the EEOC and shall make the appropriate reports to the Internal Revenue Service and other tax authorities.

Defendants shall be solely responsible for any costs associated with the issuance and distribution of the 1099 forms to the Identified Claimants.

D.     Within ten (10) days of the issuance of each check, Defendants shall submit a copy of each check and related correspondence to the Regional Attorney Anna Y. Park, United States Equal Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los Angeles, CA 90012.

E.  The EEOC will be notified of any remaining amounts of money within 45 days of the last payments made by Defendants.  Any remaining amounts will be redistributed according to the EEOC's discretion as set forth above.

## IX.   GENERAL INJUNCTIVE RELIEF

A.     Sex Discrimination

Defendants, their directors, officers, agents, managers (including all supervisory employees), other employees, successors, assigns, and all those in active concert or participation with them, or any of them, shall be enjoined from discriminating against any individual on the basis of sex including, without limitation, by limiting the hiring and promotion of males as servers.

B.     Retaliation

Defendants, their directors, officers, agents, managers (including all supervisory employees), other employees, successors, assigns, and all those in active concert or participation with them shall be enjoined from engaging in, implementing or permitting any action policy or practice with the purpose of retaliation against any applicant, current employee, or former employee of Defendants or successors or either of them because he or she has in the past or during the term of this. Decree (a) opposed any practice made unlawful under Title VII, (b) filed a charge of discrimination alleging such practice, (c) testifying or participating in any manner in any investigation internally with defendants or with the EEOC, (d) was identified as a witness or claimant in this Action, or (e)

asserted any rights under this Decree, or (f) sought or received relief in accordance with this Decree.

C. Record-Keeping

Defendants, their directors, officers, agents, managers (including all supervisory employees), other employees, successors, assigns, and all those in active concert or participation with them, or any of them, shall be enjoined from destroying, misplacing, or otherwise not holding documents that may be relevant in determining whether unlawful employment practices have been made or are being committed for the duration of this Decree. This includes, but is not limited to, applications for hire by both successful and non-successful applicants.

## X. SPECIFIC INJUNCTIVE RELIEF

A. Recruitment Plan

1. Within thirty (30) days of the Effective Date, Defendants shall create and implement a Recruitment Plan for server positions. The recruitment plan is intended to increase the pool of male applicants and move beyond the"word of mouth" hiring.  As such, the recruitment plan shall include:

a. Provide written notice of all job openings;

b. Ensure that all written notice of open positions has no indication of preference for females over males for the position by encouraging all individuals (men and women) to apply;

c. Plan to publicize the positions beyond a "word of mouth" recruitment by advertising in publications, public areas, online platforms, or other locations to encourage applicants to apply;

d. If possible, participate in job fairs;

e. Utilize social media to publicize job openings;

f.      Noting and tracking all inquiries from internal employees for the position of server, and, where applicable, considering those individuals for any position of server that should open.

2.    *Recruitment Plan Reporting*

Within thirty (30) days of the Effective Date and annually thereafter, Defendants shall provide the EEOC the recruitment plan. The Recruitment Plan report shall specifically provide:

a.      A detailed description of each program/process which Defendants implemented by each location;

b.      The date that each program/process was implemented;

c.      The name(s) and job title(s) of those employees responsible for implementing each program/process by location;

d.      Copy of all documents reflecting proof of the recruitment being undertaken;

e.      Holding employees involved in the recruitment process accountable for implementing the Recruitment Plan;

B.    Hiring Policies and Procedures

1.    Within sixty (60) days after the Effective Date, Defendants shall review, revise, distribute, and implement its policies and procedures regarding the hiring of employees.  Such policies and procedures shall include but not be limited to:

a.      A strong and clear statement that all hiring decisions will be free from discrimination;

b.      An assurance that all hiring and promotion decisions will be made regardless of sex;

c.      The implementation of written job descriptions and clear minimum qualifications for each job;

d.      A clearly defined hiring process and criteria used in the selection process along with clearly defined decision makers;

e.      A strong and clear list of potential interview questions that a manager must select from when interviewing a potential employee for hire;

f.      A strong and clear multi-faceted evaluation system for potential employees and potential promotions to be used in determining whether someone should be hired or promoted; and

g.      A description of the possible consequences upon violation of the hiring and promotion procedures.

2.      Within ninety (90) days of the Effective Date of this Decree, Defendants shall provide to the EEOC a copy of all policies and procedures related to hiring. Within ninety (90) days of the Effective Date, Defendants shall ensure that it has distributed its hiring policies to all management and otherwise necessary personnel. Within ninety (90) days of the Effective Date, Defendants shall submit to the Commission a statement confirming distribution of the policies.

3.      Defendants shall submit to the EEOC any revisions made after the above to Defendants' policies and procedures regarding hiring and promotion sixty (60) days prior to the implementation.

4.      For each new management, human resource, and other necessary personnel hired after the initial distribution of the policies as described herein, Defendants shall ensure that the new employee receives the applicable policies within ten (10) days of employment. When reports are submitted to the EEOC, they should include a statement confirming distribution of the policies and procedures to any person hired after the initial distribution but within the terms of the Decree.

C. Applicant Flow Log

Within thirty (30) days of the Effective Date, Defendants shall create and maintain an Applicant Flow Log for each server position job opening during the Decree substantially similar to that attached as **Attachment A** to this Decree. The Defendants shall submit the Applicant Flow Log to the EEOC on a semi-annual basis for review. The Applicant Flow Log shall include the following information for each job opening:

         a.     Job title and description;

         b.     Location;

         c.     Identity of the selecting official(s) along with title:

         e.     Number of applications and inquiries received, both internally and externally;

         f.     Name and gender (if disclosed) of the applicants, indicating whether the candidate is an internal or external candidate;

         g.     Number of selections made during the hiring period; and

         h.     Name and gender (if disclosed) of who was ultimately hired.

         i.     The EEOC shall prescribe the appropriate inquiry to be made by Defendants as to employee's or applicant's gender or sex.

Defendants shall maintain documentation submitted by the applicants in connection with the application process including the application.  Defendants shall create a system to maintain all applications and underlying selection documents related to open server positions. Selection documents mean any notes or other documentation related to each hiring done.  The documents shall be produced semi-annually along with the Applicant Flow Log from the Effective Date.

D.    <u>Hiring</u>

For the duration of this Decree, Defendants shall endeavor to increase diversity into their server workforce. A year after the Effective Date of this

Decree, Defendants shall endeavor to meet a hiring and retention rate of men into server positions at each of the restaurants as follows:

    A. Riverside County- 34%

    B. Imperial County- 18%

    C. Yuma County- 27%

    D. All other locations or counties: 34% percent men in the server positions. The EEOC contends that this is the appropriate percent.

Defendants shall not discriminate against female applicants or employees in an effort to meet the EEOC's standard.  However, if Defendants fail to meet this annual hiring endeavor, the EEOC shall review the Defendants' good faith compliance with its obligations under the Decree in order to determine whether Defendants have violated the Decree. If Defendants have acted in good faith in its recruitment and hiring practices, but in spite of its good faith efforts has not attained the hiring endeavor for that year, Defendants may be excused from such non-compliance and shall not be deemed in violation of this section of the Decree. If the EEOC contends that Defendants have violated this section, then the dispute resolution section may be invoked.

To the extent any Claimants involved in this action are no longer employed and wish to be re-employed with the Defendants, the EEOC shall provide Defendants a list of individuals wishing to be re-employed and positions they are seeking for employment.  Defendants shall consider these individuals for available positions in the same manner as other persons are considered for a position if there is an opening.  If they are selected, then Defendant will make an offer of employment.  Defendants' obligation to hire the individual declining the offer ceases. Defendants' offers and any declines shall be documents in the Applicant Flow Log.

    E.     <u>Job Descriptions</u>

Within sixty (60) days after the Effective Date, Defendants shall review, revise, distribute, and implement its job descriptions for all positions (for which there are more than 3 employees), including but not limited to server.  Such job descriptions shall lay out the requirements for each position, advancement opportunities within the Company in the event the employee is successful in his position and is qualified for a promotion; what his job duties are in that position, and what requirements there are to be in that position.  Said job descriptions and duties shall be applied equitably irrespective of sex. A copy of the job descriptions shall be given to the EEOC with its semi annual-reporting.

      F.     <u>Policies and Procedures for Promotions</u>

      1.     Within sixty (60) days after the Effective Date, Defendants shall review, revise, distribute, and implement its policies and procedures regarding discrimination. Such policies and procedures shall include:

      a.     A strong and clear commitment to a workplace free from discrimination;

      b.     A statement encouraging employees to come forward if they believe that they have been subjected to sex discrimination under Title VII;

      c.     An assurance that Defendants' policies and procedures regarding the hiring of employees to any position are applied equally to all persons regardless of sex;

      d.     An assurance that Defendants' policies and procedures regarding the promotion of employees to any position are applied equally to all persons regardless of sex;

      e.     Ensuring that Defendants' promotion and/or transfer policies are not applied in a manner that violates Title VII and that managers will be held accountable for ensuring compliance with Title VII;

f.      A  process for promotional opportunities for server. Specifically, promotional opportunities into server and other positions shall be posted in areas accessible and visible by all employees.  If external candidates are considered, then the position shall be publicized by various methods, either the internet, flyers in public locations including the locations with the promotional opportunity, or other means to ensure open publication of the positions.

g.      An application process shall be implemented in which all interested employees will apply for the promotion for server within a timeframe provided in the notice.

h.      Defendants shall develop a selection process in which documents related to the selection process for server shall be maintained under this Decree.

i.      Individuals selected and not selected will be given notice accordingly.

j.      A promotional tracking log for servers in which the promotional opportunity is tracked by location, position, applicants who applied, identification of those interviewed, and those selected for the job. The applications, notes, and documents related to the selection shall be maintained and produced to the EEOC semi-annually from the Effective date for the duration of the Decree.

2.      Within ninety (90) days of the Effective Date of this Decree, Defendants shall provide to the EEOC a copy of all policies and procedures set forth herein relating to hiring and promotions. Within one hundred and twenty (120) days of the Effective Date, Defendants shall ensure that it has distributed the policies and procedures to all employees, including managers, supervisors and otherwise necessary personnel. Within one hundred and fifty (150) days of the Effective Date, Defendants shall submit to the Commission a statement confirming distribution of the policies.

3. Defendants shall submit to the EEOC any revisions to Defendants' policies and procedures set forth herein sixty (60) days prior to the implementation of the proposed change.

4. For each new employee hired after the initial distribution of the policies as described herein, Defendants shall ensure that the new employee receives the applicable policies within ten (10) days of employment. When reports are submitted to the EEOC, they should include a statement confirming distribution of the policies and procedures to any person hired after the initial distribution but within the terms of the Decree.

G. Posting

Within ten (10) days after the Effective Date and throughout the term of this Decree, Defendants shall post a full-sized copy of **Attachment B**, which sets forth the terms of this Decree in clearly visible locations frequented by their employees (i.e. break rooms or bulletin boards with other employee notices) in each of their locations.  The postings shall remain posted for the duration of this Decree.

H. Training

1. *Non-Management Education and Training*.  During the term of this Consent decree, all non-management employees shall receive a copy of and acknowledge receipt of Defendants' policies and procedures and federal anti-discrimination laws with an emphasis on sex discrimination and Defendants' revised policies and procedures for recruitment, hiring, promotion, and transfers. Examples shall be given of prohibited conduct to ensure understanding by the employees.  The training in this section will be satisfied with the non-management training required pursuant to California Government Code section 12950.1, which requires training in the prevention of harassment, discrimination,

and retaliation on the basis of sex within 6 months of hiring.  All persons required to receive such training shall verify their attendance in writing.  Employees not trained shall be provided training along with the materials. Employees not trained shall be identified in the reporting the EEOC.

2.     *Management Training*. Within one hundred and fifty (150) days of the Effective Date of this Decree, and then on an annual basis thereafter, Defendants shall begin to provide live interactive training lasting at least (1) hour in duration to all managers, any staff members who are responsible for any part of the recruitment, hiring and promotion process, and any staff members who are responsible for handling any documents generated by employees or prospective employees.  The training in this section will expand upon the training defendants will have for managers under California Government Code section 12950.1, which requires training in the prevention of harassment, discrimination, and retaliation on the basis of sex which shall be expanded to encompass the training in this section.  The training related to hiring as set forth in this section shall be incorporated into the California requirement training.  The training shall focus on Defendants' policies and procedures in compliance with federal anti-discrimination laws, specifically focusing on Defendants' obligations and responsibilities under Title VII and this Decree for recruitment, hiring and promotion. Specifically, the training will address how to recruit new employees; what criteria to use in hiring new employees and promoting and/or transferring employees; what criteria is prohibited in hiring new employees and promoting and/or transferring employees; how to review hires and promotions to ensure that the proper criteria was used; what to do if it appears that an employee was hired or promoted based on sex particularly in job duties being assigned; and what to do with applications after an applicant has been either denied or accepted for hire, including but not limited to creating written documentation of the selection

process as to each applicant's selection or non-selection and written assessments by each person involved in the selection process.

When a managerial employee or supervisor is unable to attend the scheduled training, Defendants shall provide a live training at an alternative session covering the same issues set forth about within thirty (30) days of the training.  Management personnel on medical or personal leave shall have an additional 60 days to comply with this requirement following their return from leave.  All persons required to attend such training shall verify their attendance in writing.

3.     All training materials shall be provided to the EEOC and the EEOC may provide feedback for all trainings thirty (30) days prior to the first training. Defendants shall give the EEOC a minimum of thirty (30) days advance written notice of the date, time and location of each live training provided pursuant to this Decree, as well as provide the EEOC with the training materials.  The written notice shall be sent via U.S. Mail to the attention of Anna Y. Park, Regional Attorney, U.S. Equal Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los Angeles, California, 90012 and via email at anna.park@eoc.gov. An EEOC representative may attend any such training, at the sole discretion of the EEOC.

4.     Within ninety (90) days of the initial training and any training thereafter, Defendants shall produce to the EEOC documents verifying the occurrence of all training sessions conducted as required under this Decree, including the written training materials used, a description of the training provided, a list of individuals who conducted the training, and a copy of the written verification for each attendee to the training sessions.

## XI.     RECORD-KEEPING AND REPORTING

A.     Record-Keeping

For the duration of the Decree, Defendants shall establish a record-keeping procure that provides for the maintenance of all records necessary to demonstrate their compliance with this Decree, including but not limited to the documents specifically identified below, and to verify that the reports submitted are accurate. The records to be maintained shall include:

1.     All documents pertaining to recruitment, hiring, promotion, and/or transfer for the server position, including but not limited to postings, advertisements, applications, resumes, interview notes, interview questions, written assessments created by each person involved in the selection process, and/or a log of all persons who inquire about a job, including name, date of inquiry, and summary of response by Defendants;

2.     All documents pertaining to the server position, including but not limited to the applicant flow log and all applications/resumes;

3.     All documents pertaining to each employee separation of server necessary to determine whether an open position was created;

4.     All forms acknowledging employees' receipt of Defendants' Policies and Procedures regarding sex discrimination and hiring/promotion; and

5.     Documents reflecting the provision of training and materials described in above, and names and positions of all attendees for each session as required under this Decree.

Defendants shall provide the aforementioned documents and log to the EEOC on a semi-annual basis following the Effective Date of this Decree.

B.     Reporting

Within one hundred-eighty (180) days after the Effective Date and every six (6) months from the Effective Date thereafter for the Decree term, Defendants shall provide a written report to the EEOC containing:

1.     Confirmation that all Defendants have complied with their obligations regarding training as described in this Decree including the sign in sheet of employees and/or acknowledgements;

2.     The Applicant Flow Log and the underlying documents related to that including a copy of the applications for employment, including documentation as to whether that individual was selected for employment, and a description as to why or why they were not selected for employment;

3.     A copy of each job opening, including the job description;

4.     Documents related to the recruitment plan and underlying documents reflecting implementation of the recruitment plan'

5.     The Promotion log and the underlying documents;

6.     All documents reflecting an inquiry about any job opening at any of Defendants' establishments and/or all applications and/or supporting documentation submitted by an applicant or otherwise obtained by Defendants such as background checks or reference checks;

7.     All documents reflecting efforts made to reach the years hiring goals, including but not limited to publications for open positions, the collection of applications for a specific position, documentation of all internal requests to be considered for the position, documentation of all those interviewed for the position, and documentation of why each candidate was or was not selected for the position. If the hiring goals were not met for the year, clear documentation is required to demonstrate the reason for the shortfall;

8.     A statement confirming that the required notices pertaining to this Decree and the Final Policy have been posted;

9.     A complete employee list, including start date and job title; and

10.     Any underlying documents to support compliance under this Decree.

## XII.   COSTS OF ADMINISTRATION AND IMPLEMENTATION OF CONSENT DECREE

Defendants shall bear all costs associated with its administration and implementation of its obligations under this Decree.

## XIII.  COSTS AND ATTORNEYS' FEES

Each Party shall bear its own costs of suit and attorneys' fees.

## XIV.  MISCELLANEOUS PROVISIONS

A.     During the term of this Decree, Defendants shall provide any potential successor-in-interest with a copy of this Decree within a reasonable time of not less than thirty (30) days prior to the execution of any agreement for acquisition or assumption of control of Defendants' facilities, or any other material change in corporate structure that would affect Defendants' facilities and shall simultaneously inform the EEOC of same.

B.     During the term of this Decree, Defendants and its successors shall ensure that each of its directors, officers, human resource personnel, managers, supervisors and team managers are aware of any term(s) of this Decree which may be related to his/her job duties.

C.     Unless otherwise stated, all notices, reports and correspondence required under this Decree shall be delivered to the attention of the Regional Attorney, Anna Y. Park, U.S. Equal Employment Opportunity Commission, Los Angeles District Office, 255 E. Temple St., 4th Fl., Los Angeles, CA 90012 or via email at anna.park@eeoc.gov.

D.     The EEOC may see additional documents or seek to interview Defendants' employees, and/or visit various facilities in carrying out its monitoring obligations to ensure compliance under this Decree. The EEOC will

provide thirty (30) days notice of any information and/or need to visit Defendants' locations to Defendants to which Defendants shall notify the EEOC if it requires additional time.   Defendants shall designate an individual to communicate with the EEOC during the term of this Decree. The parties will work together to accommodate such exchange if needed.

      E.     The Parties agree to entry of this Decree and judgment subject to final approval by the Court.

## XV.  COUNTERPARTS AND FACSIMILE SIGNATURES

      This Decree may be signed in counterparts.  A facsimile signature shall have the same force and effect of an original signature or copy thereof.

      All parties, through the undersigned, respectfully apply for and consent to the entry of this Decree as an Order of this Court.

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: September 5, 2019

By: <u>S/ Anna Y. Park</u>
    Anna Y. Park
    EEOC Regional Attorney
    Attorney for Plaintiff EEOC

Dated: September 5, 2019

By: <u>S/ Nadia P. Bermudez</u>
    Nadia P. Bermudez
    Attorney for Defendants
    Honold Enterprises, Inc.
    Best Burgers in Town, Inc.
    Burgers & Beer, Inc.
    BurBeer Inc.

By: <u>S/ Jaime Honold</u>
Jaime Honold

For Honold Enterprises, Inc.


By: <u>S/ Jaime Honold</u>
Jaime Honold

For Best Burgers in Town, Inc.


By: <u>S/ Jaime Honold</u>
Jaime Honold

For Burgers & Beer, Inc.


By: <u>S/ Jaime Honold</u>
Jaime Honold

For BurBeer, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The provisions of the foregoing Consent Decree are hereby approved and compliance with all provisions thereof is HEREBY ORDERED.

The Clerk of Court is directed to CLOSE THIS CASE.

The Court hereby retains jurisdiction over this Consent Decree until its termination.

IT IS SO ORDERED.

Dated:  December 10, 2019

Hon. Dana M. Sabraw
United States District Judge

Case No.: 3:18-cv-02014-DMS-JLB
CONSENT DECREE